*In re* **CAGLE**, Carol Lorraine (MR 20140)
Alton, IL

Order of the Court:

The petition by respondent Carol Lorraine Cagle for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for nine months, as recommended by the Review Board.

Suspension effective October 17, 2005.

Respondent Carol Lorraine Cagle shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.